Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RYAN TANG,<br><br>　　　　　Defendant. | Docket Number:  6:18-po-0434-JDP<br><br>STIPULATION TO EXTEND PROBATIONARY PERIOD AND CONTINUE REVIEW HEARING; AND [PROPOSED] ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Ryan Tang, by and through his attorney of record, Jeffrey A.Tenenbaum, that Defendant's period of unsupervised probation be extended to December 26, 2019 and the review hearing in the above-captioned matter set for October 22, 2019 be continued to November 19, 2019 at 10:00 a.m.

　　　　On November 27, 2018, Defendant pled guilty a violation of Title 36 Code of Federal Regulations § 2.35(b)(2) Possession of lysergic acid diethylamide (LSD). He was sentenced to 12 months of unsupervised probation. Conditions of his probation included that he pay a $1000 fine in monthly installments before September 27, 2019, report for post-conviction booking, and obey all laws.  A review hearing was set for October 22, 2019, however, the Court is no longer available on that date.

　　　　As of October 15, 2019, Defendant has paid $420 of the fine and has completed the post-conviction booking. The parties are in agreement that the review hearing be continued to

November 19, 2019 and probation be extended to December 26, 2019 with the same terms and conditions to allow Defendant to complete payment of the fine.

Dated: October 15, 2019

/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: October 15, 2019

/s/Jeffrey A. Tenenbaum
Jeffrey A. Tenenbaum
Attorney for Defendant
Ryan Tang

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, probation in the matter of *United States v. Tang*, Case 6:18-po-00434-JDP, is extended until December 26, 2019, with all original conditions maintained, and the review hearing currently set for October 22, 2019, is continued to November 19, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE