1   Susan St. Vincent
    Legal Officer
2   NATIONAL PARK SERVICE
    Legal Office
3   P.O. Box 517
    Yosemite, California  95389
4   Telephone:  (209) 372-0241

5

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Docket Number:  6:18-po-00434-JDP

12              Plaintiff,

13                                         **MOTION TO VACATE REVIEW
                                           HEARING; AND ORDER THEREON**
14  RYAN TANG,

15              Defendant.

16

17
            The United States, by and through its representative, Susan St. Vincent hereby moves the
18
    Court for an Order to Vacate the review hearing currently scheduled in this matter for November
19
    19, 2019. The Defendant is in agreement with this request. To date, Defendant has complied with
20
    all the terms of unsupervised probation as ordered by this Court on November 27, 2018.
21
        .
22

23
         Dated:  November 15, 2019           /S/ Susan St. Vincent
24                                           Susan St. Vincent
                                             Legal Officer
25                                           Yosemite National Park

26

27

28

                                            1

1

2                                    ORDER

3          Upon application of the United States, good cause having been shown therefor, I order

   that the review hearing scheduled for November 19, 2019 in the above-referenced matter, *United*
4
   *States v. Tang*, 6:18-po-00434-JDP, be vacated.
5

6  IT IS SO ORDERED.

7

8  Dated:    November 18, 2019
                                                    UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28